Commonwealth *v.* Stewart, Appellant.

Submitted September 8, 1969. *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Thompson, Appellant.

Argued September 11, 1969. *Donald J. Goldberg,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Thompson, Appellant.

Submitted September 15, 1969. *Harris J. Sklar,* and *Gross, Sklar & Lorry,* for appellant; *James D. Crawford,* Assistant

District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tuff, Appellant.

Submitted September 8, 1969. *W. Bourne Ruthrauff,* and *Tate and Ervin,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tyler, Appellant.

Submitted September 8, 1969. *Carl A. Belin, Jr.,* and *Belin & Belin,* for appellant; *Ervin S. Fennell, Jr.,* Assistant District Attorney, and *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Walker, Appellant.

Submitted September 10, 1969. *Melvin L. Fuhrman,* for appellant; *Walter W. Cohen* and *James D. Crawford,*